UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES S. HAWKINS-EL III and　　　Civil Action No. CV-05-3222
VALERIE GASTON,　　　　　　　　　　(LB)(DLI)

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　**ORDER**

AIG FEDERAL SAVINGS BANK,

    Defendant.

---

**THIS MATTER** having been opened to the Court upon the application of Pitney Hardin LLP, attorneys for Defendant AIG Federal Savings Bank, on notice to *pro se* Plaintiffs James S. Hawkins-El III and Valerie Gaston; and the Court having considered the papers filed in support of and in opposition to the motion, and having heard oral argument; and good cause having been shown;

    IT IS on this　　　day of　　　　　　　, 2005,

    **ORDERED** that the motion of Defendant AIG Federal Savings Bank be and the same is hereby GRANTED; and

    **IT IS FURTHER ORDERED** that Plaintiffs' action is hereby dismissed with prejudice; and

2

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date of this Order.

_____
HON. DORA L. IRIZARRY, U.S.D.J

Opposed   _____
Unopposed _____

2